IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE LOT OF ELEVEN THOUSAND NINE HUNDRED DOLLARS($11,900) IN U.S. CURRENCY<br>Defendant | ) | C.A. No. 07-011ML |

**NOTICE OF FORFEITURE**

Notice is hereby given that the United States of America has commenced a forfeiture action in the United States District Court for the District of Rhode Island against One Lot of Eleven Thousand Nine Hundred Dollars($11,900)in U.S. Currency designated as Civil Action No. 07-011ML.

Pursuant to Title 18 U.S.C. § 983(a)(4) and Rule G(4)(b)(ii)(B) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, if you are a person having or claiming an interest in or to said property, you must file a claim identifying said interest or right within 35 days after the notice is sent (see certificate of service below) and an answer to the complaint within 20 days thereafter. Said claim and answer to the complaint must be filed with the Clerk of this Court at the United States District Court, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States

Attorney, Fleet Center, 50 Kennedy Plaza, 8th FL, Providence, Rhode Island 02903.

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

## Certificate of Service

I hereby certify that on the 12th day of January, 2007, I forwarded a copy of the Complaint, Warrant, and Notice of Forfeiture, by certified mail, return receipt requested, to:

Kevin Bristow, Esq.
505 Turks Head Building
Providence, RI 02903

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin Bristow, Esq.
505 Turks Head Bldg
Providence, RI
02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Samuel K Bristow ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery 1/10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered [redacted]
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7005 1820 0000 8780 1658

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

7005 1820 0000 8780 1658

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

Postmark Here

PROVIDENCE R.I. ANNEX STA 02905 JAN 12 2007

Sent To Kevin Bristow, Esq.
Street, Apt. No.; or PO Box No. 505 Turks Head Bldg.
City, State, ZIP+4 Providence RI 02903

PS Form 3800, June 2002 See Reverse for Instructions