UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br> **Plaintiff** | : <br> : | |
| **vs.** | : | **C.A. NO. 07-011ML** |
| | : | |
| **ONE LOT OF ELEVEN THOUSAND NINE HUNDRED DOLLARS ($11,900) IN U.S. CURRENCY** <br> **Defendant** | : <br> : <br> : | |

**VERIFIED STATEMENT AND CLAIM OF MARIA SARIT**

I, Maria Sarit, of Providence, Rhode Island, make this Verified Statement and Claim with respect to the $11,900 in U.S. currency which is the subject of this civil forfeiture action. This statement is made under the pains and penalties of perjury:

1. On August 23, 2006, my grandson, Jonathan Barros, went to T.F. Green Airport in Warwick, Rhode island, for the purpose of taking a flight to Miami, Florida to visit my son.

2. At my request, Jonathan Barros was taking $12,000 in cash to give to my son upon his arrival in Miami.

3. The money that I had given to Jonathan Barros to give to my son had been previously withdrawn from my bank account at Citizens Bank (Bank Account No. 65-732971).

4. Upon information and belief, on the morning of August 23, 2006, Jonathan Barros was detained by Rhode Island Airport Police and $11,900 of the money that I had given to him was seized by the police.

5. I am the owner of the $11,900 that was seized from the person of Jonathan Barros and this money was lawfully obtained by me. There was no contraband or any evidence of criminality found on the person of Jonathan Barros.

6. Neither I nor my grandson, Jonathan Barros, was charged with any crime as a result of the detention of Jonathan Barros at the airport and the seizure of my money. I have not been involved in any activity that would justify the forfeiture of the money seized from the person of my grandson.

7. I made a claim for return of the money to the DEA and was subsequently advised that the claim had been turned over to the U.S. Attorney's Office for the District of Rhode Island. The Federal Government has instituted this action seeking forfeiture of my money that was taken from my grandson.

8. The $11,900 that was seized belongs to me and should be returned to me forthwith. I am an innocent owner of this money.

Maria Sarit

MARIA SARIT

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 5th day of March, 2007.

Notary Public
My commission expires: 07-09-09