**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff** | : | |
| **vs.** | : | **C.A. NO. 07-011ML** |
| | : | |
| **ONE LOT OF ELEVEN THOUSAND NINE HUNDRED DOLLARS ($11,900) IN U.S. CURRENCY** | : | |
| **Defendant** | | |

**ANSWER OF MARIA SARIT TO COMPLAINT FOR FORFEITURE IN REM**

Now comes Maria Sarit, by and through her attorney, Kevin J. Bristow, and hereby answers the Complaint as follows:

1. Ms. Sarit neither admits nor denies the allegations contained in Paragraph 1 of the Complaint, as said allegation contains a conclusion of law, and leaves Plaintiff to its proof thereon.

2. Ms. Sarit denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegation that the defendant currency was seized by members of the Rhode Island Airport Police and leaves Plaintiff to its proof thereon.

3. Denied.

4. Denied.

5. Denied.

6. Ms. Sarit admits that she sent a claim of ownership to the DEA regarding the defendant currency, but leaves Plaintiff to its proof as to all other allegations contained in Paragraph 6 of the Complaint.

WHEREFORE, Maria Sarit respectfully requests that judgment in this matter enter on her behalf, and that this Honorable Court deny the Government's request for forfeiture and order that the currency that is the subject of this Complaint be returned to Ms. Sarit forthwith and for such other and further relief as to this Court may seem proper and just.

## AFFIRMATIVE DEFENSE

1. Ms. Sarit is an innocent owner of the currency that is the subject of this forfeiture action.

**The claimant, Maria Sarit, demands a jury trial on all issues so triable.**

Respectfully submitted,
MARIA SARIT
By her attorney,

/s/ Kevin J. Bristow

Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800; fax 401-521-2812
kjbristowlaw@verizon.net

Dated: March 1, 2007

## Certification

I certify that on March 6, 2007 I caused a true copy of this Answer to be sent via electronic filing (CM/ECF) to the following:

**Assistant U.S. Attorney Michael P. Iannotti**
michael.iannotti@usdoj.gov