IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) | |
| vs. | ) | C.A. No. 07-011ML |
| ONE LOT OF ELEVEN THOUSAND NINE HUNDRED DOLLARS ($11,900) IN U.S. CURRENCY,<br>Defendant | ) | |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

The parties hereto hereby jointly move this Honorable Court to extend discovery deadlines to sixty days 60 days from the dates mentioned in the Pretrial Order entered on April 17, 2007.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Email: dulce.donovan@usdoj.gov

/s/ Kevin J. Bristow
KEVIN J. BRISTOW, Esq.
505 Turks Head Building
Providence, RI 02903
401/521-2800
401/521-2812
Email:KJBristowlaw@verizon.net

**CERTIFICATE OF SERVICE**

I hereby certify that on 8th day of August, 2007, I electronically filed the within Joint Motion for Enlargement of Time with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

The following participant has received notice electronically:

Kevin J. Bristow, Esq.
505 Turks Head Building
Providence, RI 02903

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief Civil Division