IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | ) | |
| v. | ) | C.A. NO. 07-011ML |
| ONE LOT OF ELEVEN THOUSAND NINE HUNDRED DOLLARS ($11,900) IN U.S. CURRENCY, DEFENDANT | ) | |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

The parties move for a 90 day extension of the deadlines set forth in the Court's Pretrial Order, as set by the Court's August 20, 2007 extension Order. Although the parties have commenced and are engaged in discovery, neither party has been able to complete discovery.

At present, discovery closes on October 17, 2007, dispositive motions are due by October 31, 2007, and pretrial memoranda are due by November 19, 2007. The parties respectfully request that the close of discovery be moved to January 15, 2008, the dispositive motion deadline be moved to January 29, and the pretrial memoranda deadline be moved to February 12, 2008.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 / 401-709-5017 (fax)
milind.shah@usdoj.gov

/s/ Kevin J. Bristow
KEVIN J. BRISTOW, Esq.
505 Turks Head Building
Providence, RI 02902
401-521-2800 / 401-521-2812 (fax)
KJBristowlaw@verizon.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October 2007, I electronically filed the within Joint Motion to Extend Discovery Deadlines with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

*Counsel for Claimant Maria Sarit*
Kevin J. Bristow, Esquire
505 Turks Head Building
Providence, RI 02903

/s/ Milind M. Shah
Milind M. Shah
Assistant United States Attorney