IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ONE LOT OF ELEVEN THOUSAND NINE HUNDRED DOLLARS ($11,900) IN U.S. CURRENCY | CIV. A. NO. 07-011ML |

**ORDER**

Plaintiff United States of America (the "United States") and sole Claimant Maria Sarit ("Sarit") having stipulated to settlement of this matter with Claimant receiving $5,950 of defendant currency and the remainder being forfeited to the United States; notice of forfeiture having been sent to Sarit and having been published as required under Supplemental Rule G of the Federal Rules of Civil Procedure; and claim to defendant currency having been filed aside from the claim of Sarit; it is hereby ORDERED and ADJUDGED that $5,950 of defendant currency shall be released to Claimant Sarit, that Claimant Sarit is the owner of those funds, and that the remainder of defendant currency, $5,950, is hereby forfeited and condemned to Plaintiff United States. It is further ORDERED that the aforementioned funds shall be disposed of according to law and the United States Marshal is authorized and ordered to dispose of the funds according to law.

BY ORDER:

ENTER: ____________________

____________________
MARY M. LISI
Chief Judge, United States District Court
for the District of Rhode Island

EXHIBIT B