USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CA 07-011ML |
| DEFENDANT<br>One lot of $11,900 in U.S. Currency | TYPE OF PROCESS<br>Notice of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Providence Journal
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Michael P. Iannotti, Assistant U.S. Attorney<br>Fleet Center<br>50 Kennedy Plaza, 8th FL.<br>Providence, RI 02903 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold — Fold

PUBLISH ONCE IN PROVIDENCE JOURNAL

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☑ PLAINTIFF<br>☐ DEFENDANT | 401/709-5000 | 1/12/07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward R. Kawa | 01/12/07 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
| Address *(complete only different than shown above)* | Date / Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Advertised on ProJo on 2/15, 2/22 and 3/1/07
Total cost $982.44

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Exhibit D

**NOTICE OF FORFEITURE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE LOT OF ELEVEN THOUSAND NINE HUNDRED DOLLARS($11,900) IN U.S. CURRENCY<br>Defendant | ) | C.A. No. 07-011ML |

Notice is hereby given that on January 11, 2007, I arrested One Lot of Eleven Thousand Nine Hundred Dollars ($11,900)in U.S. Currency, pursuant to a warrant of arrest issued by the Magistrate Judge of this court upon the filing of a verified complaint in the above action. Said currency was seized on or about August 23, 2006, at T.F. Green Airport in Warwick, Rhode Island, from Jonathan Barros. Any person having or claiming an interest in or to said property must file a claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 35 days of this date, and must file an answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

US Marshall

To Irene 528-5307

Feb 15, 2007

02919 401-233-3333.

NOTICE OF FORFEITURE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff

vs.

ONE LOT OF ELEVEN THOUSAND NINE HUNDRED DOLLARS ($11,900) IN U.S. CURRENCY,
Defendant

C.A.No. 07-11ML

Notice is hereby given that on January 11, 2007, I arrested One Lot of Eleven Thousand Nine Hundred Dollars ($11,900) in U.S. Currency, pursuant to a warrant of arrest issued by the Magistrate Judge of this court upon the filing of a verified complaint in the above action. Said currency was seized on or about August 23, 2006, at T.F.Green Airport in Warwick, Rhode Island, from Jonathan Barros. Any person having or claiming an interest in or to said property must file a claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 35 days of this date, and must file an answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

LEGAL NOTICES

or encumbrances
er said sale.
f sale shall include
payment of Five
($5,000.00) Dollars
acceptance of the
bid, payable in
y bank certified
e time and place of
alance shall be paid
haser by certified,
urer's or cashier's
in thirty (30) days
te of the sale. Oth-
d conditions to be
immediately prior

of the holder of
ge which gives no-
intention to bid at
or any postpone-
journment thereof.
N LAW OFFICES,
P.C.
ney for the Holder
of the Mortgage
0 California Street
Newton, MA 02458
(617) 558-0500

AGEE'S SALE
esser Street
ce, Rhode Island
d at public auction
h 9, 2007 at 11:00
l time on the pre-
37 Messer Street,
ce, Providence
Rhode Island, said
be sold by virtue
wer of sale con-
a certain mort-
de and executed
hew J. Zarogian,
ortgage is dated
1, 2006, and re-
n April 3, 2006 at
n. in Book 7959 at
in the Providence
of Land Evidence,
ditions of said
e having been

tain parcel of land
uildings and im-
thereon more
described in said
deed recorded in
at Page 50 in the
Records of Land

e premises will be
t to all taxes, as-
water and sewer
d other encum-
ich may constitute
thereon, and will
subject to any re-
nd easements of
s concerning said
rights of redemp-
aid federal taxes,
all, notwithstand-
vision, constitute
or encumbrances
r said sale.
sale shall include
ayment of Five
5,000.00) Dollars
cceptance of the
bid, payable in
bank certified
time and place of
lance shall be paid
haser by certified,
rer's or cashier's
n thirty (30) days
e of the sale. Oth-
d conditions to be
mmediately prior

of the holder of
e which gives no-
tention to bid at
r any postpone-
urnment thereof.
N LAW OFFICES,
P.C.
ey for the Holder
of the Mortgage
California Street
ewton, MA 02458
(617) 558-0500

LEGAL NOTICES

sessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

**MORTGAGEE'S SALE**
244 Payton Avenue
Warwick, Rhode Island

Will be sold at public auction on March 16, 2007 at 11:00 a.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by RAYMOND J. SMITH, dated May 12, 2006, and recorded in the Records of Land Evidence of the City of Warwick, State of Rhode Island, in Book 6177, Page 318, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 6177 at Page 318.

**Subject to mortgage recorded in said Land Evidence Records in Book 6067, Page 122.**

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW & HAHN LLP
Attorneys for Holder of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293

LEGAL NOTICES

baitis, Esquire, First Justice of said Court at Plymouth, this 11th day of January, 2007.

Robert E. McCarthy
Register of Probate Court

**NOTICE OF FORFEITURE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**
UNITED STATES OF AMERICA,
Plaintiff
vs.
ONE LOT OF ELEVEN THOUSAND NINE HUNDRED DOLLARS ($11,900) IN U.S. CURRENCY,
Defendant
C.A.No. 07-11ML

Notice is hereby given that on January 11, 2007, I arrested One Lot of Eleven Thousand Nine Hundred Dollars ($11,900) in U.S. Currency, pursuant to a warrant of arrest issued by the Magistrate Judge of this court upon the filing of a verified complaint in the above action. Said currency was seized on or about August 23, 2006, at T.F.Green Airport in Warwick, Rhode Island, from Jonathan Barros. Any person having or claiming an interest in or to said property must file a claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 35 days of this date, and must file an answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
PROVIDENCE, SC.
CASE NO. 96R1407

**SHERRY MORRIS** of PROVIDENCE COUNTY, RHODE ISLAND has filed a Motion against **JASON J. DESIMONE** for PERMISSION TO TRAVEL WITH A MINOR CHILD AND TO NAME RHODE ISLAND AS THE HOME STATE FOR PURPOSES OF JURISDICTION AND VENUE AND SUCH OTHER RELIEF AS THE COURT MAY DEEM APPROPRIATE.

Now therefore, you the said DEFENDANT are hereby summoned to answer said Motion within 20 days from the date of the first publication, if you shall see fit, before the Family Court, to be held at PROVIDENCE COUNTY, Providence, RHODE ISLAND, on the 20th day of March, 2007 at 9:00 a.m. then and there to answer to said action. Failure to file an answer to the Motion may result in a judgment by default for the relief requested in Plaintiff's Motion.

WITNESS, the seal of the Family Court at PROVIDENCE, RHODE ISLAND this 15th day of February, A.D. 2007.

F. CHARLES HAIGH, JR.
ADMINISTRATOR/CLERK

LEGAL NOTICES

projoJobs

Local jobs for local people!

projoJobs.com

To advertise call, 401.277.7700.

## NOTICES

d specified that was to give a the amount of vith respect to performance of ferred upon said aid Order.

, the original of ile in the Office f the Providence rior Court, and is incorporated ference as if it h in full in this

o Notice, contlia the follow-

editors or other eby are ordered ath with the Re- 0 Main Street, Rhode Island, July 8, 2007, a tting forth their ling, but without generality of the e name and ad- claimant, the na- mount of such ement of any se- en held by the hich such claim- ms to be entitled, tement as to any r priority which claims to be enti- the claims of any ther claimants or

the commence- ation, or continu- : prosecution, of suit, arbitration hearing, or any reclamation or proceeding, both non-judicial, or roceeding, in law or under any stat- wise, against said r any of its prop- Court, agency, tri- ewhere, or before tor, or otherwise litor, stockholder, , partnership or erson, or the levy chment, execution process upon or / property of said or the taking or to take into pos- y property in the of the Defendant the Defendant has possession, or the n at any time dur- eivership proceed- of any insurance e or other contract ndant, by any of s as aforesaid, oth- Receiver designat- foresaid, or the a of telephone, as or other utility Defendant, by any ty, without obtain- approval thereof Honorable Court, in onnection said Re- ll be entitled to pri- and an opportunity rd, are hereby re- and enjoined until der of this Court.". ED as an Order of on this 22nd day of 2007.

R:

, J.
Justice

ENTERED:
Jean Maggiacomo
Supervisory Clerk,
Superior Court

277-7700 for an
perience sales

## LEGAL NOTICES

Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500
200791-1008

### MORTGAGEE'S SALE
9-11 Westerly Avenue
Providence, Rhode Island

Will be sold at public auction on March 9, 2007 at 10:00 a.m. local time on the premises at 9-11 Westerly Avenue, Providence, Providence County, Rhode Island, said parcel to be sold by virtue of a power of sale contained in a certain mortgage made and executed by Maria-Elena Perez, which mortgage is dated January 23, 2006, and recorded January 27, 2006 at 11:26 a.m. in Book 7837 at Page 1 in the Providence Records of Land Evidence, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in Book 7837 at Page 1 in the Providence Records of Land Evidence.

The above premises will be sold subject to all taxes, assessments, water and sewer charges and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions and easements of record, liens concerning said realty and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale shall include a down payment of Five Thousand ($5,000.00) Dollars upon the acceptance of the successful bid, payable in cash or by bank certified check at the time and place of sale. The balance shall be paid by the purchaser by certified, bank treasurer's or cashier's check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage which gives notice of its intention to bid at such sale or any postponement or adjournment thereof.

HARMON LAW OFFICES, P.C.
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500

## LEGAL NOTICES

The bid packages are:
02B - Synthetic Athletic Field Surfaces
06A - General Trades
06B - Millwork/Casework
07A - Roofing
09B - Acoustical Tile Ceilings
09C - Flooring, Ceramic Tile, Carpeting
09D - Painting
11A - Food Service Equipment
15D - Testing and Balancing
16B - Security System

**The bids are due on March 20, 2007 by 2:00 PM. All bids received by 2:00 PM will be opened and read aloud at 2:30 PM in the Kendall Dean Auditorium located at 82 Green Street, North Smithfield, RI.**

Each bid must be submitted wit a bid security equal to (10%) of the bid. Acceptable form of security is Bid Bonds only. The successful bidder will be required to furnish a 100% Performance and Payment Bond and a 100% Labor and Material Payment Bond within (10) days after the "Notice of Award." Each Bid envelope must be sealed and labeled with the Bid Package name and number on it.

Drawings and specifications and bid forms will be available for pick-up by interested contractors on Wednesday, February 28, 2007 at:
Joseph Merritt & Company
681 Westminster Street
Providence, RI 02903
(401) 272-9060
(401) 272-7050 (Fax)
Rosemary Cairo

Bids must be submitted in duplicate on the bid form prepared by Gilbane. Refer to the Bidding Documents for Minority Business Enterprise goals and/or requirements.

A Pre-bid Meeting will be held on Wednesday, March 7, 2007 at 3:00 pm in the Auditorium of the North Smithfield Junior/Senior High School, 412 Greenville Road, North Smithfield, RI.

Bidders are advised that the wage rates to be paid under contract for this project must be in accordance with those Prevailing Wages as published by the Rhode Island Department of Labor, Office of the Director. Certified payrolls will be required.

The Town of North Smithfield (Owner) and Gilbane Building Company (Construction Manager) reserve the right to waive the informality in any bid, to accept any bid, or to reject any and all bids.

Any request for information, interpretations or clarifications of the contract documents by potential bidders can be directed to:
Gilbane Building Company
7 Jackson Walkway
Providence, RI 02940
Attention: Eugene L. Oakland
Purchasing Supervisor
(401) 456-5671
(401) 456-5870 (fax)

Find the home of your dreams.
In-paper and online.
projo HOMES

## LEGAL NOTICES

### FORFEITURE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff
vs.
ONE LOT OF ELEVEN THOUSAND NINE HUNDRED DOLLARS ($11,900) IN U.S. CURRENCY.
Defendant
C.A.No. 07-11ML

Notice is hereby given that on January 11, 2007, I arrested One Lot of Eleven Thousand Nine Hundred Dollars ($11,900) in U.S. Currency, pursuant to a warrant of arrest issued by the Magistrate Judge of this court upon the filing of a verified complaint in the above action. Said currency was seized on or about August 28, 2006, at T.F.Green Airport in Warwick, Rhode Island, from Jonathan Barros. Any person having or claiming an interest in or to said property must file a claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 35 days of this date, and must file an answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

NOTICE
### TOWN OF FOSTER
RHODE ISLAND
APPLICATION FOR TRANSFER ALCOHOLIC BEVERAGE LICENSE & ENTERTAINMENT LICENSE

**NOTICE** is hereby given that the Town Council of Foster will hold a public hearing on Thursday, March 8, 2007 at 7:30 pm at the Capt. Isaac Paine School, 160 Foster Center Road, Foster, RI. Being the licensing Board in said town under Chapter 5, of the General Laws of the State of Rhode Island, Title 3-5-17 and any amendments thereto, for the following applicant for VIZ, a liquor license transfer. In addition, pursuant to RI General Laws, 1956, as amended, 5-22-1, ET SEQ. and Foster Ordinance entitled An Ordinance Concerning Licenses for Open Recreational Events and Amusements 82-11-194 revised December 12, 1999, an entertainment license transfer.

From: David E. Friel d/b/a Foster Country Club
To: Robert P. Forrest d/b/a Foster Golf & Country Club
Address: 67 Johnson Road, Foster, RI 02825
Type of Licenses: BV and Entertainment

Hearing impaired persons attending who require the services of an interpreter should call the office of Town Clerk (392-9200) at least 72 hours in advance of said meeting.

Anne M. Irons
Town Clerk

## LEGAL NOTICES

dated March 10, 2006 and recorded on March 13, 2006 in the Records of Land Evidence of the Town/City of Providence, State of Rhode Island, in Book 7917 at Page 242, the conditions of said mortgage having been broken:

That certain tract or parcel of land with all buildings and improvements thereon more particularly described in said mortgage recorded in said Book 7917 at Page 242.

The above premises will be sold subject to all taxes, assessments, and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements and restrictions of record and rights of redemption for unpaid Federal Taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale, deposit of Five Thousand ($5,000.00) Dollars in cash, certified or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement thereof, or adjournment thereof.

NICHOLAS BARRETT
Attorney for the Holder of the Mortgage
999 South Broadway
East Providence, Rhode Island 02914
www.auctionsri.com

### NOTICE OF CONTINUATION

At the above time and place, the above referenced foreclosure was postponed, continued, and adjourned until February 23, 2007 at 11:00 AM local time on the premises.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement, continuation or adjournment thereof.

NICHOLAS BARRETT
Attorney for the Holder of the Mortgage

### NOTICE OF CONTINUATION

At the above time and place, the above referenced foreclosure was postponed, continued, and adjourned until March 2, 2007 at 12:00 PM local time on the premises.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement, continuation or adjournment thereof.

NICHOLAS BARRETT
Attorney for the Holder of the Mortgage

STATE OF RHODE ISLAND
### Probate Court of the CITY OF PAWTUCKET
NOTICE OF MATTERS PENDING AND FOR HEARING IN SAID COURT
CITY OF PAWTUCKET

The Court will be in session at 9:00 AM on the dates specified in notices below for hearing on said matters:

COE, LOUISE EMMA, ward. Second Account of Guardian; for hearing March 9, 2007.

Richard J. Goldstein
Clerk