Case 1:07-cv-00011-ML-LDA Document 14-2 Filed 07/23/2008 Page 1 of 4

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ONE LOT OF ELEVEN THOUSAND NINE HUNDRED DOLLARS ($11,900) IN U.S. CURRENCY | CIV. A. NO. 07-011ML |

**STIPULATION, SETTLEMENT AGREEMENT, AND RELEASE**

Plaintiff United States of America and Claimant Maria Sarit (respectively, the "United States" and "Sarit") enter into this Stipulation, Settlement Agreement, and Release ("Agreement") to resolve their dispute in the above-captioned matter (the "Action").

WHEREAS, on January 9, 2007, the United States filed a verified Complaint for Forfeiture In Rem ("Complaint") alleging that Defendant Eleven Thousand Nine Hundred Dollars in U.S. Currency (the "Defendant Currency") is subject to forfeiture under 21 U.S.C. § 881(a)(6);

WHEREAS, the Complaint asserts that the Defendant Currency was used to "facilitate the illegal possession and distribution of narcotics[,] was intended to be furnished in exchange for illegal narcotics in violation of 21 U.S.C. § 841 *et seq.*[,]" and is therefore subject to forfeiture under 21 U.S.C. § 881(a)(6);

WHEREAS, on January 11, 2007, the Court issued a Warrant of Arrest and Notice In Rem, and the United States Marshals Service ("USMS") took custody of the Defendant Currency;

WHEREAS, Sarit received direct notice of the Complain, and the USMS had notice of the Complaint published in the Providence Journal;

WHEREAS, on March 6, 2007, Sarit filed a Claim and Answer asserting right, title, and/or interest in the Defendant Currency, and no other parties filed a claim or answer; and



EXHIBIT A

WHEREAS, Sarit seeks a resolution with the United States of her claim in this Action;

NOW THEREFORE, it is stipulated and agreed by and between the United States and Sarit that:

1. Upon execution by the United States and Sarit, this Agreement shall be filed with the United States District Court for the District of Rhode Island, and the Court shall retain jurisdiction to enforce this Agreement.

2. Fifty percent of the Defendant Currency, specifically $5,950, shall be released to Sarit in the form of a check made payable to "Maria Sarit and Kevin Bristow, Counsel for Maria Sarit" and Sarit may not seek and is forever barred from seeking, through any court proceedings or process, any additional portion of the Defendant Currency.

3. All right, title, and interest in the remaining Defendant Currency, including any interest on the Defendant Currency, shall be forfeited to the United States.

4. The United States and Sarit each acknowledge receipt of good and valuable consideration in exchange for this Agreement.

5. Sarit unconditionally releases, indemnifies, and holds harmless the United States, its officers, agents, and employees, including the United Stated Department of Justice, the United States Drug Enforcement Administration, the United States Marshals Service, the United States Transportation Safety Administration, the Rhode Island Airport Police, and any state or local law enforcement departments or officers involved in this Action or the events leading to this Action, from any claim, demand, damage, cause of action, or suit that arises from or relates to this Action and/or any proceeding, seizure, detention, or disposition involving the Defendant Currency, including any third-party claims that arise from or relate to this Action and/or any proceeding, seizure, detention, or disposition involving the Defendant Currency.

6. Without limiting the generality and breadth of Paragraph 5, Sarit specifically

Case 1:07-cv-00011-ML-LDA Document 14-2 Filed 07/23/2008 Page 3 of 4

waives and may not and is forever barred from asserting against the United States, its officers, agents, and employees, including the United Stated Department of Justice, the United States Drug Enforcement Administration, the United States Marshals Service, the United States Transportation Safety Administration, the Rhode Island Airport Police, and any state or local law enforcement departments or officers involved in this Action or the events leading to this Action, any legal or constitutional claim – including any assertion involving the Fourth Amendment, the Due Process Clause or the Double Jeopardy Clause of the Fifth Amendment, or the Excessive Fines Clause of the Eighth Amendment to the United States Constitution, and any other provision of federal or state constitutional, statutory, or common law – that arises from or relates to this Action and/or any proceeding, seizure, detention, or disposition involving the Defendant Currency.

7. All rights of appeal are hereby waived by all parties.

8. Neither the United States nor Sarit intends through this Agreement to bind the Internal Revenue Service or any law enforcement agency with respect to any claim arising under federal or state law that has not already been litigated in this Action.

9. There was reasonable or otherwise appropriate cause for the seizure and/or arrest of the Defendant Currency, the Defendant Currency was forfeitable, and this Agreement is a compromise of a disputed claim.

10. Sarit may not and is forever barred from objecting to any effort by the United States to obtain a Certificate of Reasonable Cause under 28 U.S.C. § 2465; and Sarit shall bear her own costs and fees for or associated with this Action, including attorney's fees, filing fees, and court costs.

11. This Agreement has been jointly drafted by the United States and Sarit, through their undersigned counsel in this Action, and constitutes the entire agreement between the United States and Sarit and constitutes the full, final, and complete satisfaction of any and all civil claims by Sarit arising out of the seizure, maintenance, disposition, and/or forfeiture of the Defendant Currency.

12. The United States and Sarit acknowledge that they understand the provisions of this Agreement and its legal effects and enter into this Agreement freely and voluntarily, without coercion, duress, or any undue influence.

**WE SO AGREE AND STIPULATE:**

Attorney for Plaintiff United States of America

ROBERT CLARK CORRENTE
United States Attorney

Milind M. Shah
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000 (voice)
(401) 709-5017 (facsimile)
Email: milind.shah@usdoj.gov

Dated: ~~December ___, 2007~~
July 22, 2007

Attorney for Claimant Maria Sarit

Kevin J. Bristow, Esquire
505 Turks Head Building
Providence, Rhode Island 02903
(401) 521-2800 (voice)
(401) 521-2812 (facsimile)
Email: KJBristowlaw@verizon.net

Dated: ~~December ___, 2007~~
July 11, 2008

Claimant Maria Sarit

Maria Sarit

~~Dated: December ___, 2007~~

**ENTER:**

Mary M. Lisi July 29, 2008
CHIEF JUDGE MARY M. LISI
UNITED STATES DISTRICT COURT